109 A.3d 675

COMMONWEALTH of Pennsylvania, BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS, Respondent,

v.

Edward J. ALEXANDER, MD, Petitioner.

No. 5 MM 2015.

Supreme Court of Pennsylvania.

Feb. 11, 2015.

*ORDER*

PER CURIAM.

**AND NOW,** this 11th day of February, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**